**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2183**

_____

SOLITA HARRINGTON,

                Creditor - Appellant,

      v.

SATURN CORPORATION,

                Debtor - Appellee,

U.S. TRUSTEE, Greenbelt, 11,

                Trustee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:17-cv-00656-PX)

_____

Submitted: February 15, 2018                Decided: February 16, 2018

_____

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Solita Harrington, Appellant Pro Se. Gary Howard Leibowitz, COLE SCHOTZ, PC, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Solita Harrington appeals the district court's order denying her motion for reconsideration of a prior order dismissing her appeal from a bankruptcy court order granting the debtor's objection to Harrington's proof of claim. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and we dismiss the appeal for the reasons stated by the district court. *Harrington v. Saturn Corp.*, No. 8:17-cv-00656-PX (D. Md. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*